UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MSP RECOVERY CLAIMS, SERIES LLC,
a Delaware entity,

    Plaintiff,                       CASE NO. _____

v.

TRAVELERS CASUALTY AND SURETY
COMPANY a Foreign Profit Corporation,

    Defendant
_____/

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendant Travelers Casualty and Surety Company ("Travelers") hereby removes to this Court the state court action described below pursuant to 28 U.S.C. §§ 1331, 1441, and 1446:

**BASIS FOR REMOVAL JURISDICTION**

1. On August 9, 2017, Plaintiff MSP Recovery Claims, Series LLC filed a putative class action complaint in the Eleventh Circuit Court in and for Miami-Dade County, Florida styled *MSP Recovery Claims, Series LLC v. Travelers Casualty and Surety Company*, Case No. 2017-019412-CA-01 ("Complaint").

2. On September 22, 2017, Travelers was served with the Complaint and summons. The Complaint, summons, and civil cover sheet are annexed hereto as Exhibit A.

3. This action is removable under 28 U.S.C. § 1441(a) because the Complaint alleges a single claim that arises solely under the Medicare Secondary Payer Act, 42 U.S.C. §§ 1395y *et seq*. *See* Complaint ¶ 51. The Complaint alleges a single cause of action entitled "Private Cause of Action Under 42 U.S.C. § 1395y(b)(3)(A)."

4. Section 1441(a) provides that "[e]xcept as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." Venue in this Court is proper under 28 U.S.C. § 1441(a) and Local Rule 3.1 because this action is being removed from the state court in which it was originally filed, the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

5. This Court has original jurisdiction over this civil action pursuant 28 U.S.C. §§ 1331 and 1441(a) because a claim under 42 U.S.C. § 1395y(b)(3)(A) "aris[es] under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331; *see also MSP Recovery, LLC v. Progressive Select Ins. Co.*, 96 F. Supp. 3d 1356, 1358 (S.D. Fla. 2015).

## PROCEDURAL REQUIREMENTS

6. Removal is timely pursuant to 28 U.S.C. § 1446(b) because this Notice of Removal was filed within thirty days of service on Travelers of the Complaint.

7. Pursuant to 28 U.S.C. § 1446(d), Travelers will promptly serve a copy of this Notice on counsel for Plaintiff and will file a copy of this Notice with the clerk of the state court.

## RESERVATION OF DEFENSES

8. As of the filing of this Notice of Removal, no further proceedings have been had in the state court action.

9. Nothing in this Notice of Removal shall be interpreted as a relinquishment of Travelers' right to assert any defense or affirmative matter.

10. Travelers reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendant Travelers Casualty and Surety Company respectfully requests that this action, pending in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, be removed to this Court pursuant to 28 U.S.C. §§ 1331 and 1441, and that this Court proceed as if this case has been initiated in this Court.

DATED: October 3, 2017

        Respectfully Submitted,

STROOCK & STROOCK & LAVAN LLP
200 South Biscayne Boulevard
Suite 3100
Miami, Florida 33131
Tel: (305) 358-9900
Fax: (305) 789-9302

By: /s/ Laura Besvinick
    Laura Besvinick, Esq.
    FL Bar No: 391152
    lbesvinick@stroock.com

Bryce L. Friedman (*pro hac vice application forthcoming*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 455-2502
bfriedman@stblaw.com

Deborah L. Stein (*pro hac vice application forthcoming*)
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, CA 90067
Tel: (310) 407-7500
Fax: (310) 407-7502
dstein@stblaw.com

*Attorneys for Defendant Travelers Casualty and Surety Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 3, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

John H. Ruiz
Frank C. Quesada
MSP Recovery Law Firm
5000 S.W. 75 Avenue, Suite 400
Miami, Florida 33155
serve@msprecovery.com

By: /s/ Laura Besvinick